1 Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
2 REED SMITH LLP
355 South Grand Avenue, Suite 2900
3 Los Angeles, CA 90071-1514
Telephone:    213.457.8000
4 Facsimile:    213.457.8080
Email: mkbrown@reedsmith.com
5 tyoo@reedsmith.com

6 Steven J. Boranian (SBN 174183)
Dana A. Blanton (SBN 232373)
7 REED SMITH LLP
Two Embarcadero Center, Suite 2000
8 San Francisco, CA 94111
Telephone:    (415) 543-8700
9 Facsimile:    (415) 391-8269
Email: sboranian@reedsmith.com
10 dblanton@reedsmith.com

11 Attorneys for Defendant
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON WELCH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC. and MCKESSON CORPORATION and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | No.: 2:05-CV-02267-WBS-DAD<br><br>AMENDED [PROPOSED] ORDER STAYING RULE 26(F) AND INITIAL SCHEDULING CONFERENCES PENDING RESOLUTION OF LAW AND MOTION MATTERS<br><br>**Honorable William B. Shubb** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS HEREBY ORDERED the terms of the Stipulation And Proposed Order Staying
2  Rule 26(F) And Initial Scheduling Conferences Pending Resolution Of Law And Motion Matters
3  filed on January 20, 2006 are approved by this Court.
4   IT IS HEREBY FURTHER ORDERED that the new status conference is scheduled for
5  April 10, 2006 at 9:00 a.m.

7  Dated: January 25, 2006

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

AMENDED [PROPOSED] ORDER STAYING RULE 26(F) AND INITIAL SCHEDULING CONFERENCES
PENDING RESOLUTION OF LAW AND MOTION MATTERS

PDF created with pdfFactory trial version www.pdffactory.com